# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT JACKSON
June 4, 2013 Session

## STATE OF TENNESSEE v. FREDERICK HERRON

**Appeal from the Criminal Court for Shelby County**
**No. 11-04122     Carolyn Wade Blackett, Judge**

---

**No. W2012-01195-CCA-R3-CD  - Filed January 17, 2014**

---

JAMES CURWOOD WITT, JR., J., dissenting.

As the majority says, this appeal presents a close case. After much consideration, I respectfully conclude that one error requires a reversal and a new trial.

The error is the Rule 609 issue. The majority concludes that the defendant loses on this issue because he did not proffer his testimony. Actually, I thought the majority presented a solid case for holding that a proffer was unnecessary. In a case presenting strong overtones of a "he said, she said" controversy, the trial court's improper influencing the defendant to avoid testifying was especially egregious. As such, I conclude that the error requires reversal and a new trial.

_____
JAMES CURWOOD WITT, JR., JUDGE